2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23383-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert P Spennati
1818 Vanburen Street
Aliquippa PA 15001

Renee F Spennati
1818 Vanburen Street
Aliquippa PA 15001

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2020.

Name and Address of Alleged Transferor(s):

Claim No. 16: DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/19/20

Michael R. Rhodes
**CLERK OF THE COURT**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
```

In re:                                                              Case No. 18-23383-JAD
Robert P Spennati                                                   Chapter 13
Renee F Spennati
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala                Page 1 of 1             Date Rcvd: Jan 17, 2020
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14941683       E-mail/Text: bankruptcy.bnc@ditech.com Jan 18 2020 03:17:21     DITECH FINANCIAL LLC,
                 P.O. BOX 6154,   RAPID CITY, SD 57709-6154
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          Edgardo D Santillan    on behalf of Joint Debtor Renee F Spennati ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          Edgardo D Santillan    on behalf of Debtor Robert P Spennati ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor   Ditech Financial LLC smncina@rascrane.com
                                                                                                TOTAL: 8