**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**  **CASE NO.: 18-23383-JAD**
**CHAPTER 13**

**Robert P Spennati,**

**Renee F Spennati,**

   **Debtors.**
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor").

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List

**RAS Citron, LLC**
**BANKRUPTCY DEPARTMENT**
**130 Clinton Road, Suite 202**
**Fairfield, NJ 07004**

Robertson, Anschutz, Schneid, & Crane LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 470-321-7112
By: /s/Darrelyn Thomas
    Darrelyn Thomas, Esq.
    Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Robert P Spennati
Renee F Spennati
1818 Vanburen Street
Aliquippa, PA 15001

And via electronic mail to:

Edgardo D Santillan
Santillan Law, PC
908 22nd St.
Aliquippa, PA 15001

Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219

Office of the United States Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

                RAS Citron, LLC
                Attorney for Secured Creditor
                130 Clinton Road, Suite 202
                Fairfield, NJ 07004
                Telephone: 470-321-7112
                By: /s/Darrelyn Thomas
                      Darrelyn Thomas, Esq.
                      Email: dthomas@rascrane.com