**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert P Spennati** | : | Case No. 18−23383−JAD |
| **Renee F Spennati** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 1st of April, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 09:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 1, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Debtors' Counsel

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                              Case No. 18-23383-JAD
Robert P Spennati                                                   Chapter 13
Renee F Spennati
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2         User: msch                  Page 1 of 2                  Date Rcvd: Apr 01, 2020
                             Form ID: RSCcon3            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb         +Robert P Spennati,    Renee F Spennati,    1818 Vanburen Street,    Aliquippa, PA 15001-2044
cr             +Ditech Financial LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
14904217       +AES/PHEAA,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1419
14918173        CACH, LLC its successors and assigns as assignee,     of Wells Fargo Bank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14925369        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14904219       +Consumer Portfolio Services,    19500 Jamboree Road,    Suite 500,    Irvine, CA 92612-2437
14904221       +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
14904223       +Eastern Revenue Inc,    Attn: Bankruptcy Dept.,    601 Dresher Rd. Suite 301,
                 Horsham, PA 19044-2238
14904224       +Gerard Plumbing & Heating Inc,    357 Flaugherty Run Road,    Coraopolis, PA 15108-8901
14904229       +Municipal Water Auth Aliquippa,    160 Hopewell Avenue,    Aliquippa, PA 15001-3599
15184809        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14904230        PA Dept of Revenue,    280408 Strawberry Sq,    Harrisburg, PA 17101
14904232       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14944230       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14904231        Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14904233       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14904234       +Ras Citron LLC,    133 Gaither Drive,    Suite F,    Mount Laurel, NJ 08054-1710
14904237       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
14904238       +Wells Fargo Auto Finance,    Attn: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14904218       +E-mail/Text: bankruptcy@sccompanies.com Apr 02 2020 04:37:12      Amerimark Premier,
                 AmeriMark Customer Service,    6864 Engle Road,    Cleveland, OH 44130-7910
14915556        E-mail/Text: bankruptcy@consumerportfolio.com Apr 02 2020 04:39:25
                 CONSUMER PORTFOLIO SERVICES, INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
14941683        E-mail/Text: bankruptcy.bnc@ditech.com Apr 02 2020 04:38:07      DITECH FINANCIAL LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154
14904220       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 02 2020 04:38:07      Ditech Financial LLC,
                 Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
14942692       +E-mail/Text: kburkley@bernsteinlaw.com Apr 02 2020 04:40:12      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14904222       +E-mail/Text: kburkley@bernsteinlaw.com Apr 02 2020 04:40:12      Duquesne Light Company,
                 Customer Relations Department,    411 Seventh Avenue, MD 6-1,    Pittsburgh, PA 15219-1942
14904225        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 02 2020 04:38:00      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14927915        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2020 04:39:29      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14904226        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2020 04:39:29      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
14904227       +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:37:50      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14918507        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:48:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14918682        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:48:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14904228       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:47:31
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14904986       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14909528        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:38:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14925675       +E-mail/Text: bankruptcy@sccompanies.com Apr 02 2020 04:40:55      Seventh avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14904235       +E-mail/Text: bankruptcy@sw-credit.com Apr 02 2020 04:39:02      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14925674       +E-mail/Text: bankruptcy@sccompanies.com Apr 02 2020 04:37:12      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14904236       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:49:26      Syncb/roomful Express,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14938120        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2020 05:09:19      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2              User: msch                  Page 2 of 2                   Date Rcvd: Apr 01, 2020
                                  Form ID: RSCcon3            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14904239         +E-mail/Text: adjustor@westaircomm.com Apr 02 2020 04:37:40      West Aircomm FCU,   PO Box 568,
                  Beaver, PA 15009-0568
                                                                                                TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Consumer Portfolio Services, Inc.
cr               New Residential Mortgage LLC
cr               PNC BANK NATIONAL   ASSOCIATION
cr*             +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15005704*       +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
14925676*       +Seventh Avenue,    c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
                                                                                     TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
```
              Edgardo D Santillan    on behalf of Joint Debtor Renee F Spennati ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor Robert P Spennati ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor   Ditech Financial LLC smncina@rascrane.com
                                                                                                TOTAL: 8
```