UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/31/20 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: ) | |
|     ROBERT P. SPENNATI ) | |
|     RENEE F. SPENNATI ) | |
| ) | Bankruptcy No. 18-23383-JAD |
|     DEBTORS ) | |
| ) | Chapter 13 |
| Ronda J. Winnecour, Trustee and ) | |
| ROBERT P. SPENNATI ) | Related To Doc. No. 66 |
|     Debtor ) | |
|     MOVANTS, ) | |
|     Vs. ) | |
| METAL, USA ) | |
|     Respondents ) | |
| ) | |
| SSN XXX-XX-7252 ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-names debtor (s) having filed a Chapter 13 petition and debtor (s) or Trustee having moved to attach wages to fund the Chapter 13 plan
    **IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the debtor receives income:

        METALS, USA
        ATTN: PAYROLL MANAGER
        81 CENTURY DR.
        AMBRIDGE, PA 15003

shall deduct from said income the sum of **$646.00 BI-WEEKLY ($1400.00 MONTHLY)** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any pay period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums **ON AT LEAST A MONTHLY BASIS to:**

        **RONDA J. WINNECOUR**
        **CHAPTER 13 TRUSTEE, W.D. PA**
        **P.O. BOX 84051**
        **CHICAGO, IL 60689**

    IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.
    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this court. **\*\***

    DATED this 31st day of August, 2020.

                                                                          JEFFERY A. DELLER    mas
                                                                           U.S. BANKRUPTCY JUDGE

**\*\*** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

cm:: Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23383-JAD
Robert P Spennati                                                     Chapter 13
Renee F Spennati
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch              Page 1 of 1            Date Rcvd: Aug 31, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
db/jdb        +Robert P Spennati,   Renee F Spennati,   1818 Vanburen Street,   Aliquippa, PA 15001-2044
              +Metals, Inc.,   Attn: HR / Payroll Dept.,   81 Century Drive,   Ambridge, PA 15003-2543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
          Charles Griffin Wohlrab    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           cwohlrab@rascrane.com
          Edgardo D Santillan    on behalf of Joint Debtor Renee F Spennati ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          Edgardo D Santillan    on behalf of Debtor Robert P Spennati ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    PNC BANK  NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
                                                                                             TOTAL: 9