**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT P SPENNATI
RENEE F SPENNATI
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:18-23383 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/27/2018 and confirmed on 10/22/2018 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,366.00 |
| Less Refunds to Debtor | 1,927.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,438.42 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 2,801.36 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,801.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 28,272.03 | 0.00 | 28,272.03 |
|   Acct: 2857 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 11,451.23 | 6,531.28 | 0.00 | 6,531.28 |
|   Acct: 2857 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 14,450.11 | 8,600.93 | 1,885.43 | 10,486.36 |
|   Acct: 3106 | | | | |
| WELLS FARGO AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
| PNC BANK NA | 5,679.19 | 3,688.86 | 658.53 | 4,347.39 |
|   Acct: 8320 | | | | |
| | | | | 49,637.06 |
| **Priority** | | | | |
| EDGARDO D SANTILLAN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBERT P SPENNATI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBERT P SPENNATI | 1,927.58 | 1,927.58 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SANTILLAN LAW FIRM PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTILLAN LAW FIRM PC<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| SANTILLAN LAW FIRM PC<br>Acct: | 1,500.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 7252 | 2,419.28 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7252 | 474.24 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| AES/PHEAA<br>Acct: 957O | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIMARK PREMIER<br>Acct: 104A | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 0754 | 918.43 | 0.00 | 0.00 | 0.00 |
| EASTERN REVENUE INCOPORATED++<br>Acct: 8332 | 0.00 | 0.00 | 0.00 | 0.00 |
| GERARD PLUMBING<br>Acct: 2216 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 7003 | 256.34 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 3976 | 424.08 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 9662 | 1,094.97 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 3086 | 451.63 | 0.00 | 0.00 | 0.00 |
| ALIQUIPPA WATER AUTHORITY<br>Acct: 8505 | 758.02 | 0.00 | 0.00 | 0.00 |
| ALIQUIPPA WATER AUTHORITY<br>Acct: 6403 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 7813 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0077 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 5283 | 9,507.32 | 0.00 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS*<br>Acct: 2824 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5533 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE BUREAUS INC<br>Acct: 2885 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST-AIRCOMM FCU<br>Acct: 7007 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7252 | 103.25 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 7252 | 8,392.89 | 0.00 | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE<br>Acct: 9255 | 3,558.70 | 0.00 | 0.00 | 0.00 |
| GERARD PLUMBING<br>Acct: 2216 | 600.00 | 0.00 | 0.00 | 0.00 |
| STONEBERRY<br>Acct: 5C2G | 250.20 | 0.00 | 0.00 | 0.00 |

| 18-23383 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    SEVENTH AVENUE | 262.91 | 0.00 | 0.00 | 0.00 |
|       Acct: 3570 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 604.29 | 0.00 | 0.00 | 0.00 |
|       Acct: 0001 | | | | |
|    CACH LLC-ASSIGNEE | 1,404.39 | 0.00 | 0.00 | 0.00 |
|       Acct: 5289 | | | | |
|    CACH LLC-ASSIGNEE | 1,117.61 | 0.00 | 0.00 | 0.00 |
|       Acct: 0900 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5533 | | | | |
|    KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    RAS CITRON LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                       49,637.06

TOTAL CLAIMED
PRIORITY            2,893.52
SECURED            31,580.53
UNSECURED        29.705.03

Date: 12/23/2021                                              /s/ Ronda J. Winnecour
                                                                          RONDA J WINNECOUR PA ID #30399
                                                                          CHAPTER 13 TRUSTEE WD PA
                                                                          600 GRANT STREET
                                                                          SUITE 3250 US STEEL TWR
                                                                          PITTSBURGH, PA  15219
                                                                          (412) 471-5566
                                                                          cmecf@chapter13trusteewdpa.com