IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert P. Spennati | : | Bankruptcy No. 18-23383-JAD |
| Renee F. Spennati | : | |
| Debtor | : | |
| Robert P. Spennati | : | Chapter 7 |
| Renee F. Spennati | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| NO RESPONDENTS | : | |
| Respondent (if none, then "No Respondent") | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Edgardo D. Santillan, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By: /s/ Edgardo D. Santillan
Signature

Edgardo D. Santillan, Esquire
Typed Name

908 22nd Street, Aliquippa, PA 15001
Address

724-770-1040
Phone No.

PA 60030
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Duquesne Light
Payment Processing Center
Pittsburgh, PA 15267-0001

Greater Pittsburgh Orthopedic Associates
GPOA Physcal Therapy
PO Box 3485
Pittsburgh, PA 15230

Municipal Water Auth Aliquippa
140 Bet Tech Drive
Aliquippa, PA 15001-2419

UPMC
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Robert P. Spennati : Bankruptcy No. 18-23383
Renee F. Spennati :
Debtor :
Robert P. Spennati : Chapter 7
Renee F. Spennati :
Movant :
: Related to Document No.
v. :
:
No Respondent (if none, then "No Respondent") :

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
    Check one:
    _____ Creditor(s) added
    _____ NO creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    _____ Creditor(s) added
    _____ NO creditor(s) added
    _____ Creditor(s) deleted
__x__ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    __x__ Creditor(s) added
    _____ NO creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    _____ Creditor(s) added
    _____ NO creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention

| | |
|---|---|
| _____ | Chapter 11 List of Equity Security Holders |
| _____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| _____ | Other _____ |

Date:  1/5/22

/s/ Edgardo D. Santillan
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Edgardo D. Santillan, Esquire
(Typed Name)

908 22nd Street, Aliquippa, PA 15001
(Address)

724-770-1040
(Phone No.)

PA 60030
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert P Spennati** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renee F Spennati** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 18-23383 | | |
| (if known) | | | |

Filed Pursuant to Bankruptcy Rule 1019(5)(B)(i)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.
    ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **Duquesne Light** | Last 4 digits of account number | 5162 | $412.99 |
| | Nonpriority Creditor's Name | | | |
| | **Payment Processing Center Pittsburgh, PA 15267-0001** | When was the debt incurred? | 2021 | |
| | Number Street City State Zip Code | | | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Electric service**

Debtor 1 **Robert P Spennati**
Debtor 2 **Renee F Spennati**      Case number (if known) **18-23383**

---

**4.2**   **Greater Pittsburgh Orthopedic Associates**    Last 4 digits of account number **5827**    **$449.18**
Nonpriority Creditor's Name
**GPOA Physcal Therapy**
**PO Box 3485**
**Pittsburgh, PA 15230**
Number Street City State Zip Code

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical bill**

---

**4.3**   **Municipal Water Auth Aliquippa**    Last 4 digits of account number **6404**    **$446.60**
Nonpriority Creditor's Name
**140 Bet Tech Drive**
**Aliquippa, PA 15001-2419**
Number Street City State Zip Code

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Water Service**

---

**4.4**   **UPMC**    Last 4 digits of account number **1597**    **$182.86**
Nonpriority Creditor's Name
**2 Hot Metal Street**
**Dist. Room 386**
**Pittsburgh, PA 15203**
Number Street City State Zip Code

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

---

| | |
|---|---|
| Debtor 1 **Robert P Spennati** | |
| Debtor 2 **Renee F Spennati** | Case number (if known) **18-23383** |

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |     |     |     | Total Claim |
|-----|-----|-----|-----|------------:|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

|     |     |     |     | Total Claim |
|-----|-----|-----|-----|------------:|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,491.63 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,491.63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 18-23383-JAD |
| | : | |
| ROBERT P. SPENNATI and | : | CHAPTER 7 |
| RENEE F. SPENNATI, | : | |
| | : | |
| DEBTORS | : | Document No. |
| _____ | : | |
| ROBERT P. SPENNATI and | : | |
| RENEE F. SPENNATI, | : | |
| | : | |
| MOVANTS | : | |
| VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, PC, 908 22nd Street, Aliquippa, PA 15001 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on or about the 5TH day of January 2022, **I SERVED A COPY OF THE AMENDED SCHEDULE "F" UPON THE FOLLOWING:**

Office of the U.S. Trustee

**And**, by ECF Email Noticing, pursuant to Local Bankruptcy Rule 5005-8(b) & ©:

**ALL parties that receive ECF Noticing (See attached)**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON January 5, 2022

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW, P.C.
908 22nd Street
Aliquippa, PA 15001
724-770-1040
412-774-2266 fax
ed@santillanlaw.com

**18-23383-JAD** Robert P Spennati and Renee F Spennati
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Jeffery A. Deller
**Date filed:** 08/27/2018 **Date of last filing:** 12/23/2021 **Plan confirmed:** 07/21/2020

# Attorneys

| | | |
|---|---|---|
| **Keri P. Ebeck**<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>412-456-8112<br>kebeck@bernsteinlaw.com<br> *Assigned: 08/28/2018*<br><br> *Assigned: 09/25/2018* | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>*(Creditor)* |
| | representing | **Consumer Portfolio Services, Inc.**<br>*(Creditor)* |
| **Sindi Mncina**<br>RAS Crane LLC<br>10700 Abbott's Bridge Road<br>Suite 170<br>Duluth, GA 30097<br>470-321-7112<br>smncina@rascrane.com<br> *Assigned: 08/28/2019* | representing | **Ditech Financial LLC**<br>RAS Crane, LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097<br>*(Creditor)* |
| **Brian Nicholas**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>215-627-7734 (fax)<br>bnicholas@kmllawgroup.com<br> *Assigned: 09/16/2020*<br> *LEAD ATTORNEY* | representing | **PNC BANK NATIONAL ASSOCIATION**<br>*(Creditor)* |
| **Edgardo D Santillan**<br>Santillan Law, PC<br>908 22nd St.<br>Aliquippa, PA 15001<br>724-770-1040<br>412-774-2266 (fax)<br>ed@santillanlaw.com<br> *Assigned: 08/27/2018* | representing | **Renee F Spennati**<br>1818 Vanburen Street<br>Aliquippa, PA 15001<br>*(Joint Debtor)* |
| | | **Robert P Spennati**<br>1818 Vanburen Street<br>Aliquippa, PA 15001 |

*(Debtor)*

**James Warmbrodt**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
215-627-7734 (fax)
bkgroup@kmllawgroup.com
  *Assigned: 11/06/2018*
   *TERMINATED: 09/15/2020*

representing

**PNC BANK NATIONAL ASSOCIATION**
*(Creditor)*

**Charles Griffin Wohlrab**
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
470-321-7112
cwohlrab@raslg.com
  *Assigned: 08/21/2020*

representing

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
RAS Citron LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
*(Creditor)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/05/2022 10:02:33 | | | |
| **PACER Login:** | esantillan0028:2545708:0 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 18-23383-JAD |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |