IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-23383-JAD |
| | ) | |
| ROBERT P. SPENNATI | ) | CHAPTER 7 |
| RENEE F. SPENNATI | ) | |
| | ) | |
| DEBTORS | ) | |

**RULE 1019 REPORT**

**NOW COME,** the Debtors, Robert P. Spennati and Renee F. Spennati, by and through their attorney, Santillan Law, P.C. and Edgardo D. Santillan, Esquire, and files the within Report, stating as follows:

1. This case was filed voluntarily by the Debtor as a Chapter 13 Bankruptcy proceeding on August 27, 2018 and converted to a Chapter 7 on December 20, 2021.

2. Pursuant to Bankruptcy Rule 1019 (1)(A) & 1007(c), the Debtors submit the following report of Debts and assets acquired, if any, after commencement of its Chapter 13 case but prior to conversion to Chapter 7 thereto.

3. There are no new executory contacts entered into by the Debtors during the Chapter 13 administration.

4. The Debtors have not acquired any new assets during the Chapter 13 administration.

5. There are post-petition creditors and/or debts acquired during the Chapter 13 administration by the Debtors which were filed in the amended schedule F.

    (a)    Duquesne Light - $412.99
    (b)    Greater Pittsburgh Orthopedic Associates - $449.18
    ©    Municipal Water Auth Aliquippa - $446.00
    (d)    UPMC - $182.86

Respectfully submitted,

**Santillan Law, P.C.**

1-5-22   /s/ Edgardo D. Santillan
Date     Edgardo D. Santillan , Esq.
         PA ID NO. 60030
         908 22nd Street
         Aliquippa, PA 15001
         724-770-1040
.        ed@santillanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-22558-CMB |
| | ) | |
| ROBERT J. REDMOND, Jr. | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

CERTIFICATE OF SERVICE

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM, P.C., 908 22nd St., Aliquippa, PA 15001 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 5th day of January 2022, **I SERVED A COPY OF THE DEBTOR'S RULE 1019 REPORT UPON THE FOLLOWING:**

(A)  **by ECF Email Noticing, pursuant to Local Bankruptcy Rule 5005-8(b) & ©:**

Office of the U.S. Trustee
Eric B. Bononi, Esquire, Chapter 7 Trustee
**ALL parties that receive ECF Noticing**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON January 5, 2022

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW, P.C.
908 22ND St.
Aliquippa, PA 15001
724-770-1040
412-774-2266 fax
ed@santillanlaw.com