IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 18-23383-JAD |
| | : | |
| ROBERT P. SPENNATI and | : | CHAPTER 7 |
| RENEE F. SPENNATI, | : | |
| | : | |
| DEBTORS | : | Document No. |
| _____ | : | |
| ROBERT P. SPENNATI and | : | |
| RENEE F. SPENNATI, | : | |
| | : | |
|     MOVANTS | : | |
| VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, PC, 908 22nd Street, Aliquippa, PA 15001 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on or about the 5TH day of January 2022, **I SERVED A COPY OF THE ORDER CONVERTING CASE UNDER CHAPTER 13 TO CHAPTER 7 UPON THE FOLLOWING:**

Office of the U.S. Trustee

**And**, by ECF Email Noticing, pursuant to Local Bankruptcy Rule 5005-8(b) & ©:

**ALL parties that receive ECF Noticing (See attached)**

ALL Creditors on the Official Mailing Matrix (See attached).

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON January 5, 2022

                                                  /s/ Edgardo D. Santillan
                                                Edgardo D. Santillan, Esquire
                                                PA ID# 60030
                                                SANTILLAN LAW, P.C.
                                                908 22nd Street
                                                Aliquippa, PA 15001
                                                724-770-1040
                                                412-774-2266 fax
                                                ed@santillanlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23383-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jan  5 10:31:28 EST 2022 | Ditech Financial LLC<br>RAS Crane, LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>RAS Citron LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| AES/PHEAA<br>Attn: Bankruptcy<br>1200 North 7th St<br>Harrisburg, PA 17102-1419 | Amerimark Premier<br>AmeriMark Customer Service<br>6864 Engle Road<br>Cleveland, OH 44130-7910 | CACH, LLC its successors and assigns as assi<br>of Wells Fargo Bank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CONSUMER PORTFOLIO SERVICES, INC.<br>PO BOX 57071<br>IRVINE, CA 92619 - 7071 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Consumer Portfolio Services<br>19500 Jamboree Road<br>Suite 500<br>Irvine, CA 92612-2437 |
| DITECH FINANCIAL LLC<br>P.O. BOX 6154<br>RAPID CITY, SD 57709-6154 | Ditech Financial LLC<br>3000 Bayport Drive<br>Suite 880<br>Tampa, FL 33607-8409 | Ditech Financial LLC<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 |
| Duquesne Light<br>Payment Processing Center<br>Pittsburgh, PA 15267-0001 | Duquesne Light Company<br>Customer Relations Department<br>411 Seventh Avenue, MD 6-1<br>Pittsburgh, PA 15219-1942 | Eastern Revenue Inc<br>Attn: Bankruptcy Dept.<br>601 Dresher Rd. Suite 301<br>Horsham, PA 19044-2238 |
| Gerard Plumbing & Heating Inc<br>357 Flaugherty Run Road<br>Coraopolis, PA 15108-8901 | Greater Pittsburgh Orthopedic Associates<br>GPOA Physcal Therapy<br>PO Box 3485<br>Pittsburgh, PA 15230-3485 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Municipal Water Auth Aliquippa<br>140 Bet Tech Drive<br>Aliquippa, PA 15001-2419 | Municipal Water Auth Aliquippa<br>160 Hopewell Avenue<br>Aliquippa, PA 15001-3599 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Dept of Revenue<br>280408 Strawberry Sq<br>Harrisburg, PA 17101 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Peoples<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Ras Citron LLC<br>133 Gaither Drive<br>Suite F<br>Mount Laurel, NJ 08054-1710 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Syncb/roomful Express<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 |
| UPMC<br>2 Hot Metal Street<br>Dist. Room 386<br>Pittsburgh, PA 15203-2348 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Wells Fargo Auto Finance<br>Attn: Bankruptcy<br>Po Box 29704<br>Phoenix, AZ 85038-9704 |
| West Aircomm FCU<br>PO Box 568<br>Beaver, PA 15009-0568 | Edgardo D Santillan<br>Santillan Law, PC<br>908 22nd St.<br>Aliquippa, PA 15001-2719 | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601-2337 |
| Renee F Spennati<br>1818 Vanburen Street<br>Aliquippa, PA 15001-2044 | Robert P Spennati<br>1818 Vanburen Street<br>Aliquippa, PA 15001-2044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 |
| (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | (d)Pnc Mortgage<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Consumer Portfolio Services, Inc. | (u)New Residential Mortgage LLC | (u)PNC BANK NATIONAL ASSOCIATION |
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Seventh avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |

End of Label Matrix
Mailable recipients    49
Bypassed recipients     6
Total                  55