IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 18-23383-JAD |
|---|---|
| ROBERT P SPENNATI<br>RENEE F SPENNATI<br><br>      Debtor,<br><br><br>CONSUMER PORTFOLIO SERVICE, INC.<br><br>      Movant,<br>  v.<br>ROBERT P SPENNATI<br>RENEE F SPENNATI<br>ERIC E. BONONI, Trustee.<br>      Respondents. | Chapter 7<br><br>Doc. No. |

## <u>CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE</u>

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 17, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Robert P Spennati
Renee F Spennati
1818 Vanburen Street
Aliquippa, PA 15001

Eric E. Bononi
20 North Pennsylvania Avenue
Greensburg, PA 15601

ELECTRONIC NOTIFICATION

Edgardo D Santillan                         Office of the United States Trustee
Santillan Law, PC                           Liberty Center.
908 22nd St.                                1001 Liberty Avenue, Suite 970
Aliquippa, PA 15001                         Pittsburgh, PA 15222


Executed by: January 17, 2022               Respectfully submitted,

                                            BERNSTEIN-BURKLEY, P.C.

                                            By: /s/*Keri P. Ebeck*
                                            Keri P. Ebeck, Esq.
                                            PA I.D. # 91298
                                            kebeck@bernsteinlaw.com
                                            601 Grant Street, 9th Floor
                                            Pittsburgh, PA 15219
                                            Phone - (412) 456-8112
                                            Fax - (412) 456-8135

                                            Counsel for Consumer Portfolio Services,
                                            Inc.