IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: ROBERT P. SPENNATI : Bankruptcy No. 18-23383-JAD
RENEE F. SPENNATI :
     Debtor :
ROBERT P. SPENNATI : Chapter 7
RENEE F. SPENNATI :
Movant :
 : Related to Document No.
v. :
 :
Respondent (if none, then "No Respondent") :

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
    Check one:
       \_\_\_\_\_ Creditor(s) added
       \_\_\_\_\_ NO creditor(s) added
       \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
       \_\_\_\_\_ Creditor(s) added
       \_\_\_\_\_ NO creditor(s) added
       \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
       \_\_\_\_\_ Creditor(s) added
       \_\_\_\_\_ NO creditor(s) added
       \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
       \_\_\_\_\_ Creditor(s) added
       \_\_\_\_\_ NO creditor(s) added
       \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
  X   Chapter 7 Individual Debtor's Statement of Intention

\_\_\_\_    Chapter 11 List of Equity Security Holders
\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_    Other  _____

Date:  1/20/22

/s/ Edgardo D. Santillan
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Edgardo D. Santillan
(Typed Name)

908 22nd Street, Aliquippa, PA 15001
(Address)

724-770-1040
(Phone No.)

60030  PA
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**PAWB Local Form 6 (11/21)**                                                                                                      **Page 2 of 2**

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Robert P Spennati** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Renee F Spennati** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 18-23383 | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Consumer Portfolio Services**<br><br>Description of property securing debt: **2016 Hyundai Elantra 37000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Ditech Financial LLC**<br><br>Description of property securing debt: **1818 VanBuren Street Aliquippa, PA 15001  Beaver County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Maintain Payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Pnc Mortgage**<br><br>Description of property securing debt: **1818 VanBuren Street Aliquippa, PA 15001  Beaver** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

| Debtor 1 | **Robert P Spennati** | | |
|---|---|---|---|
| Debtor 2 | **Renee F Spennati** | Case number (*if known*) | **18-23383** |

| | | | |
|---|---|---|---|
| property securing debt: | **County** | ■ Retain the property and [explain]: **Maintain Payments** | |
| Creditor's name: | **Wells Fargo Auto Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Paid in Full** | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2000 Chevrolet Impala 101000 miles** | | |

| Part 2: | **List Your Unexpired Personal Property Leases** |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Robert P Spennati** | X | **/s/ Renee F Spennati** |
|---|---|---|---|
| | **Robert P Spennati**<br>Signature of Debtor 1 | | **Renee F Spennati**<br>Signature of Debtor 2 |
| Date | **January 20, 2022** | Date | **January 20, 2022** |