**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert P Spennati <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7252 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Renee F Spennati <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7784 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–23383–JAD | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert P Spennati                                    Renee F Spennati

4/6/22                                    **By the court:** <u>Jeffery A. Deller</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert P Spennati  
Renee F Spennati  
    Debtors

Case No. 18-23383-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 06, 2022      Form ID: 318      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert P Spennati, Renee F Spennati, 1818 Vanburen Street, Aliquippa, PA 15001-2044 |
| cr | + NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14904217 | + AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 14941683 | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| 14904221 | + Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14904223 | + Eastern Revenue Inc, Attn: Bankruptcy Dept., 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 14904224 | + Gerard Plumbing & Heating Inc, 357 Flaugherty Run Road, Coraopolis, PA 15108-8901 |
| 15443886 | + Greater Pittsburgh Orthopedic Associates, GPOA Physcal Therapy, PO Box 3485, Pittsburgh, PA 15230-3485 |
| 15443887 | Municipal Water Auth Aliquippa, 140 Bet Tech Drive, Aliquippa, PA 15001-2419 |
| 14904230 | PA Dept of Revenue, 280408 Strawberry Sq, Harrisburg, PA 17101 |
| 14904231 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14904234 | + Ras Citron LLC, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 14904239 | + West Aircomm FCU, PO Box 568, Beaver, PA 15009-0568 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 07 2022 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: RASEBN@raslg.com | Apr 06 2022 23:34:00 | Ditech Financial LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14904217 | + Email/Text: bncnotifications@pheaa.org | Apr 06 2022 23:34:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 14904218 | + EDI: CBSAMERIMARK | Apr 07 2022 04:23:00 | Amerimark Premier, AmeriMark Customer Service, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 14918173 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:40 | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14915556 | Email/Text: bankruptcy@consumerportfolio.com | Apr 06 2022 23:34:00 | CONSUMER PORTFOLIO SERVICES, INC., PO |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14925369 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:22 | BOX 57071, IRVINE, CA 92619 - 7071 |
| | | | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14904219 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 06 2022 23:34:00 | Consumer Portfolio Services, 19500 Jamboree Road, Suite 500, Irvine, CA 92612-2437 |
| 15443885 | | Email/Text: kburkley@bernsteinlaw.com | Apr 06 2022 23:34:00 | Duquesne Light, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 14942692 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 06 2022 23:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14904222 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 06 2022 23:34:00 | Duquesne Light Company, Customer Relations Department, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 14904225 | | EDI: IRS.COM | Apr 07 2022 04:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14927915 | | EDI: JEFFERSONCAP.COM | Apr 07 2022 04:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14904226 | | EDI: JEFFERSONCAP.COM | Apr 07 2022 04:23:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14904227 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2022 23:34:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14918507 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14918682 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:40 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14904228 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:41:53 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15184809 | | Email/Text: mtgbk@shellpointmtg.com | Apr 06 2022 23:34:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14904232 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14944230 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14904233 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14904986 | + | EDI: RECOVERYCORP.COM | Apr 07 2022 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909528 | | EDI: PENNDEPTREV | Apr 07 2022 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909528 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15443551 | | EDI: Q3G.COM | Apr 07 2022 04:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14925675 | + | EDI: CBS7AVE | Apr 07 2022 04:23:00 | Seventh avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14904235 | + | EDI: SWCR.COM | | |

District/off: 0315-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 06, 2022 | Form ID: 318 | Total Noticed: 45

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 07 2022 04:23:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14925674 | + | EDI: CBSMASON | Apr 07 2022 04:23:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14904236 | + | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Syncb/roomful Express, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14904237 | + | EDI: PRATHEBUR | Apr 07 2022 04:23:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15443888 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 06 2022 23:34:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14938120 | | EDI: AIS.COM | Apr 07 2022 04:23:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14904238 | + | EDI: WFFC.COM | Apr 07 2022 04:23:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Consumer Portfolio Services, Inc. |
| cr | | New Residential Mortgage LLC |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005704 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14925676 | *+ | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14904220 | ##+ | Ditech Financial LLC, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14904229 | ##+ | Municipal Water Auth Aliquippa, 160 Hopewell Avenue, Aliquippa, PA 15001-3599 |

TOTAL: 3 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |

| District/off: 0315-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 318 | Total Noticed: 45 |

Edgardo D Santillan
    on behalf of Joint Debtor Renee F Spennati ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

Edgardo D Santillan
    on behalf of Debtor Robert P Spennati ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sindi Mncina
    on behalf of Creditor Ditech Financial LLC smncina@rascrane.com

TOTAL: 9